UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| ASHLEY SPEARS<br>5806 Eads Street, N.E.<br>Washington, D.C. 20019<br>    Plaintiff<br><br>v.<br><br>UNITY HEALTH CARE, INC.<br>3020 14th Street, N.W., Ste. 401<br>Washington, D.C. 20005<br><br>and<br><br>KAREN SIMON, M.D.<br>4130 Hunt Place, N.E.<br>Washington, D.C. 20019<br>    Defendants | CASE NUMBER 1:06CV00013<br><br>JUDGE: Richard W. Roberts<br><br>DECK TYPE: Personal Injury/Malpractic<br><br>DATE STAMP: 01/05/2006<br><br>**JURY ACTION** |

## NOTICE OF REMOVAL OF A CIVIL ACTION

The Department of Health and Human Services, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446, 1346(b), 2401(b), and 2671-80. In support of that notice, The Department of Health and Human Services states as follows:

1. Unity Health Care, Inc., a federally-supported health center, is the defendant in the civil action styled <u>Ashley Spears v. Unity Health Care, Inc., et al.</u>, now pending in the Superior Court of the District of Columbia, Civil Action No.: 05-0006831. By operation of the Federally Supported Health Centers Assistance Act ("FSHCAA"), 28 § 233 (g)-(n), Unity Health Care, Inc. is a Public Heath Service employee and is covered under the Federal Tort Claims Act ("FTCA"),

28 U.S.C. §§ 1346(b), 2401(b), and 2671-80. The Secretary of Health and Human Services deemed Unity Health Care, Inc. eligible for FTCA coverage pursuant to FSHCAA on October 1, 1996, and renewed its deemed status effective January 1, 2005. See 42 U.S.C. § 233(h). The United States, therefore, is the proper defendant in this case and should be substituted for Unity Health Care, Inc.

2. The above entitled medical malpractice action was filed on or around August 26, 2005, and a copy of the complaint is attached hereto as Exhibit A.

3. At the time of the incidents alleged in the complaint, Unity Health Care, Inc. was a grantee of the Department of Health and Human Services. Defendant Karen Simon, M.D., however, was an employee of Washington Hospital Center and is not entitled to coverage under the FTCA. Plaintiff's complaint seeks damages in the amount of $4,000,000 for defendant's negligent hiring, retention and supervision of Dr. Simon. See Ex. A, Complaint, ¶¶ 18-47.

4. Plaintiff's claims are ones for which the District Court has original jurisdiction, because the suit is against an agency of the United States government, for actions allegedly taken while acting within the scope of her office or employment, and therefore removal is also authorized by 42 U.S.C. § 233 and 28 U.S.C. § 1441(a).

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1346(b), 1441, 1442(a)(1), 1446, 2401(b), and 2671-80.

January 5, 2006.                    Respectfully Submitted,

*Kenneth L. Wainstein* /duh
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


*R. Craig Lawrence* /duh
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


*Diane M Sullivan*
DIANE M. SULLIVAN, D.C. BAR #12765
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., E4919
Washington, D.C. 20530
(202) 514-7205

## CERTIFICATE OF SERVICE

I certify that on January 5, 2006, I caused copies of the foregoing Notice of Removal of Civil Action to be served by first class mail upon plaintiff at:

Kim Brooks Rodney
Wayne R. Cohen
Cohen & Cohen, P.C.
1000 Connecticut Avenue, N.W.
Suite 502
Washington, D.C. 20036

Crystal Deese
Brault, Graham, Scott & Brault, L.L.C.
101 South Washington Street
Rockville, MD 20850

Edward T. Waters
Melinda G. Murray
Feldesman Tucker Leifer Fidell, L.L.P.
2001 L Street, N.W., 2nd Floor
Washington, D.C. 20036

_____
DIANE M. SULLIVAN, D.C. BAR #12765
Assistant U.S. Attorney