UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ASHLEY SPEARS                       )
                                    )
            Plaintiff               )
                                    )
v.                                  ) Civil Action No. 06-0013(RWR)
                                    )
UNITY HEALTH CARE, INC., <u>et al</u>    )
                                    )
            Defendants              )
_____)

## CONSENT MOTION TO REMAND

Counsel for the United States respectfully moves to remand the case to the Honorable Patricia A. Broderick in the Superior Court of the District of Columbia, Civil Division.

Plaintiff filed a medical malpractice suit against Unity Health Care, Inc. and others in the Superior Court of the District of Columbia.  Unity Health Care, Inc. is covered by the Federal Tort Claims Act. <u>See</u> 42 U.S.C. §§ 254(b) and 42 U.S.C. § 223(a)(1)(H)(4).  Based upon this information, the U.S. Attorney's Office removed the case to this Court.

Subsequent to the removal, the U.S. Attorney's Office became aware that the Honorable Patricia A. Broderick had already dismissed with prejudice Unity Health Care, Inc. as a defendant (Exhibit A).  In light of this dismissal, there is no jurisdictional basis for the removal action.  Consequently, the case should be remanded to the Superior Court of the District of Columbia.  Counsel contacted counsel the remaining defendants who

both consent to this remand.

    Wherefore, it is respectfully requested that the case be remanded to Judge Patricia A. Broderick in the Superior Court of the District of Columbia for further proceedings.

                      Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. BAR #12765
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., E4919
Washington, D.C.  20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

I certify that on January _____, 2006, that a copy of the foregoing has been served by First Class mail; postage prepaid to:

KIM BROOKS RODNEY
WAYNE R. COHEN
Cohen & Cohen, P.C.
1000 Connecticut Avenue, N.W.
Suite 502
Washington, D.C. 20036

CRYSTAL DEESE
Brault, Graham, Scott & Brault, L.L.C.
101 South Washington Street
Rockville, MD 20850

EDWARD T. WATERS
MELINDA G. MURRAY
Feldesman, Tucker, Leifer, Fidell, L.L.P.
2001 L Street, N.W., 2nd Floor
Washington, D.C.  20036

_____
DIANE M. SULLIVAN
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., E4919
Washington, D.C.  20530
(202) 514-7205