# Exhibit A

*ATTEN DIANE SULLIVAN*

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ASHLEY SPEARS, )
)
    Plaintiff, )
)
v. )  Civil Action No. 05-0006831B
)
UNITY HEALTH CARE, INC., *et al.* )
)
    Defendant. )

## ORDER

Upon consideration of Defendant Unity's Motion to Dismiss, the Memorandum of Points and Authorities, and for the reasons stated therein, it is by the Court this __30th__ day of __November__, 2005,

ORDERED that the Motion be and it hereby is granted and Plaintiff's Complaint is herby dismissed with prejudice.

_Patricia A. Broderick_
Patricia A. Broderick
Judge  *Signed in Chambers*

COPIES MAILED TO:

Kim Brooks-Rodney, Esquire
Wayne R. Cohen, Esquire
Cohen & Cohen, P.C.
1000 Connecticut Avenue N.W.
Suite 502
Washington, D.C. 20036

Crystal Deese, Esq.
Brault, Graham, Scott & Brault, L.L.C.
101 South Washington Street
Rockville, MD 20850

Edward T. Waters, Esquire
Melinda G. Murray, Esquire
Feldesman Tucker Leifer Fidell LLP
2001 L Street N.W.
2nd Floor
Washington, D.C. 20036

MAILED From Chambers  0 2 2005

