UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ASHLEY SPEARS                       )
                                    )
            Plaintiff               )
                                    )
v.                                  ) Civil Action No. 06-0013(RWR)
                                    )
UNITY HEALTH CARE, INC., et al      )
                                    )
            Defendants              )
_____)

**ORDER**

Upon consideration of the consent motion to remand, it is this _____ day of _____, 2006 hereby

ORDERED that the case is remanded to the Honorable Patricia A. Broderick in the Superior Court of the District of Columbia for further proceedings.

                                    _____
                                    UNITED STATES DISTRICT COURT JUDGE

Copies to:

DIANE M. SULLIVAN                   CRYSTAL DEESE
Assistant U.S. Attorney             Brault, Graham, Scott
Judiciary Center Building           & Brault, L.L.C.
555 Fourth St., N.W., E4919         101 South Washington Street
Washington, D.C. 20530              Rockville, MD 20850

KIM BROOKS RODNEY
WAYNE R. COHEN
Cohen & Cohen, P.C.
1000 Connecticut Avenue, N.W.
Suite 502
Washington, D.C. 20036