UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ASHLEY SPEARS | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 06-0013(RWR) ) |
| UNITY HEALTH CARE, INC., et al | ) ) |
| Defendants | ) ) |

### ORDER

Upon consideration of the consent motion to remand, it is this **11th** day of **January**, 2006 hereby

ORDERED that the case is remanded to the Honorable Patricia A. Broderick in the Superior Court of the District of Columbia for further proceedings.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies to:

DIANE M. SULLIVAN
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., E4919
Washington, D.C. 20530

CRYSTAL DEESE
Brault, Graham, Scott
& Brault, L.L.C.
101 South Washington Street
Rockville, MD 20850

KIM BROOKS RODNEY
WAYNE R. COHEN
Cohen & Cohen, P.C.
1000 Connecticut Avenue, N.W.
Suite 502
Washington, D.C. 20036